# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-9177 | Date | January 9, 2014 |
|---|---|---|---|
| Title | Dionicio Uribe Herrera v. Jesus Ramirez Sotelo, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Deputy Clerk | Not Reported | N/A |
| | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None            None

**Proceedings:**   IN CHAMBERS - COURT ORDER

Pursuant to the Court's order of December 13, 2013, this action is hereby remanded to the Los Angeles Superior Court, Case No. BC 527036. See 28 U.S.C. § 1447(c).

IT IS SO ORDERED.